# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Irving Rea Yui Lin
*Defendant*

Case No. 1:25-cr-00113-JB

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, Irving Rea Yui Lin, Defendant, understand that I am scheduled for a n initial hearing on February 4, 2025.

*nature of hearing*     *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 2/5/2025

*Defendant's signature*

*Signature of defendant's attorney*

Natalie Saing, AFPD
*Printed name of defendant's attorney*

Natalie_Saing@fd.org
*Defendant's attorney's e-mail address*