IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                           No. 25-cr-00113-JB

IRVING RAE YUI LIN,

    Defendant.

### DEFENDANT IRVING RAE YUI LIN'S NOTICE OF NON-OPPOSITION

Defendant Irving Rae Yui Lin, through counsel, The Law Office of Ryan J. Villa, by Richelle Anderson, provides notice to the Court that he has no objection to the Joint Motion to Designate Case as Complex [Doc. 50], filed on February 13, 2025.

                                            Respectfully submitted,
                                            THE LAW OFFICE OF RYAN J. VILLA

                                            */s/ Richelle Anderson*
                                            RICHELLE ANDERSON
                                            5501 Eagle Rock Ave NE, Suite C2
                                            Albuquerque, New Mexico 87113
                                            Phone: (505) 639-5709
                                            Email: Richelle@rjvlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            */s/ Richelle Anderson*
                                            RICHELLE ANDERSON

1